# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

**MICHAEL & KERRI SPILLANE** ,

       Debtors       /

Case No: DK13-1720
Chapter 13
Hon. Scott W. Dales
Filed: 3-5-2013

## 1st AMENDED CHAPTER 13 PLAN

The above named debtors hereby amend their Chapter 13 Plan as follows:

**II. FUNDING**

A. **PLAN PAYMENT** The Debtor(s) shall make payments in the amount **of $225 bi-weekly, and**

( XX) **Additional Plan Payment Provisions:** After the auto loan on the 2012 Kia Sorrento is paid in full to PNC Bank in 54 months, the debtors will increase their Plan payments by the amount of that payment of $626 per month, to pay **$369 bi-weekly for the remainder of this Plan.**

C. **SECURED CREDITORS**

4. **Collateral to Be Surrendered/Executory Contracts to be rejected:** The below listed collateral is surrendered to the creditor or contracts to be rejected; the stay shall be terminated upon entry of the order confirming plan; any deficiency shall be treated as a general unsecured claim:

| Creditor | Collateral Description/Contract Description |
|---|---|
| **Auto Body Credit Union, now Astera CU** | **2005 Ford F-350 Pickup truck** |
|  |  |
|  |  |
|  |  |

**IV. GENERAL PROVISIONS:**

P. **ADDITIONAL PROVISIONS:** The debtors remove this Section from their Plan.

In all other respects, the Plan on file herein remains unchanged.

Date:  April 29, 2013       */s/ Michael H. Spillane*
                                         Michael H. Spillane, Debtor

Date:  April 29, 2013       */s/ Kerri J. Spillane*
                                         Kerri J. Spillane, Debtor

Date:  April 29, 2013       */s/ Siri Lipscomb*
                                         Siri Lipscomb, Counsel for the Debtor